United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-10109-mdc
Camara J Thorpe                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 2           Date Rcvd: Mar 29, 2018
                            Form ID: pdf900           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.
```
db             +Camara J Thorpe,    7960 Bayard Street,    Philadelphia, PA 19150-1306
14061974        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14037151       +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14037152      #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
14075519       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14037153       +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
14037154       +Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
14037160      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit,    Po Box 62180,    Colorado Springs, CO 80962)
14037158       +First Data,    5565 Glenridge,    Connector NE Ste 2000,    Atlanta, GA 30342-1335
14037159        First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
14055906       +Massey's,    c/o Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380-0849
14037163        Philadelphia Dept of Water Revenue,    MSB - 1401 JFK Blvd,    Philadelphia, PA 19102
14051582       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14037164       +Professional Account Management,    633 W Wisconsin Ave,    Suite 600,    Milwaukee, WI 53203-1907
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 30 2018 04:10:47     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2018 04:10:17      Pennsylvania Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 30 2018 04:10:36      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14037155       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 30 2018 04:14:52      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
14037156       +E-mail/Text: mrdiscen@discover.com Mar 30 2018 04:09:56      Discover Financial,
                 Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
14037157       +E-mail/Text: bnc-bluestem@quantum3group.com Mar 30 2018 04:11:00      Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820
14055905       +E-mail/Text: bankruptcy@sccompanies.com Mar 30 2018 04:11:07      Ginny's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14037161       +E-mail/Text: bankruptcy@sccompanies.com Mar 30 2018 04:11:07      Ginnys/Swiss Colony Inc,
                 1112 7th Ave,    Monroe, WI 53566-1364
14073674        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2018 04:14:52
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14073829        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2018 04:15:28
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14037162        E-mail/Text: camanagement@mtb.com Mar 30 2018 04:10:07      M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
14075145        E-mail/Text: camanagement@mtb.com Mar 30 2018 04:10:07      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
14071709       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 30 2018 04:10:28      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14056694       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 30 2018 04:10:34      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14040271        E-mail/Text: bnc-quantum@quantum3group.com Mar 30 2018 04:10:08
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 15
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2           User: Stacey                Page 2 of 2            Date Rcvd: Mar 29, 2018
                               Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2018 at the address(es) listed below:
              DEMETRIUS J. PARRISH    on behalf of Debtor Camara J Thorpe djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                         TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CAMARA J THORPE                          Chapter 13

               Debtor            Bankruptcy No. 18-10109-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___29th___ day of ___March___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DEMETRIUS J. PARRISH
7715 CRITTENDEN ST
SUITE 360
PHILADELPHIA, PA 19118-

Debtor:
CAMARA J THORPE

7960 BAYARD STREET

PHILADELPHIA, PA 19150