IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: Camara Thorpe           :         Bk. No.: 18 – 10109 mdc
                            :
                            :         Chapter 13
                     **ORDER**

AND NOW, this  10th  day of  May , 2018, upon review of Debtor's Motion to Reconsider its Order dismissing Debtor's Chapter 13 bankruptcy and any response thereto, it is hereby ORDERED and DECREED that said Motion is DENIED for failure to prosecute. ~~Order dismissing this matter is hereby VACATED.~~

_____
Magdeline D. Coleman, U.S. Bankruptcy Judge