**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE: Camara Thorpe :          Bk. No.: 18 – 10109 mdc

:

:          Chapter 13

**ORDER**

AND NOW, this *5th* day of *July* , 2018, upon

review of Debtor's Motion to Reinstate Debtor's Chapter 13 bankruptcy and any

response thereto, it is hereby ORDERED and DECREED that the ~~above-captioned~~

~~Chapter 13 Bankruptcy is REINSTATED~~.

*MOTION IS DENIED for the reasons stated on the record.*

*Magdeline D. C*———

Magdeline D. Coleman, U.S. Bankruptcy Judge