United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-10109-mdc
Camara J Thorpe                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW          Page 1 of 1              Date Rcvd: Jul 11, 2018
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.
db             +Camara J Thorpe,    7960 Bayard Street,    Philadelphia, PA 19150-1306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:
              DEMETRIUS J. PARRISH    on behalf of Debtor Camara J Thorpe djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: Camara Thorpe : Bk. No.: 18 – 10109 mdc
:
: Chapter 13

**ORDER**

AND NOW, this  5th  day of  July , 2018, upon review of Debtor's Motion to Reinstate Debtor's Chapter 13 bankruptcy and any response thereto, it is hereby ORDERED and DECREED that the ~~above-captioned Chapter 13 Bankruptcy is REINSTATED~~.  *MOTION IS DENIED for the reasons stated on the record.*

_____
Magdeline D. Coleman, U.S. Bankruptcy Judge